# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 8:16-cr-00434-PX |
| **v.** : | |
| : | |
| **KEVIN HEITING** : | |
| : | |

## NOTICE OF APPEAL

Mr. Kevin Heiting, by and through undersigned counsel, respectfully submits a notice of appeal from the judgment stated in open court on April 12, 2018 and entered on the docket on April 19, 2018.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____
JENIFER WICKS
MD Federal Bar No. 15573

Law Offices of Jenifer Wicks
6909 Laurel Avenue Suite 5419
Takoma Park MD 20913
Telephone (240) 468-4892
Facsimile (202) 478-0867
Jenifer@JWicksLaw.com